# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

August 18, 2026

*Before*
FRANK H. EASTERBROOK, *Circuit Judge*

| | |
|---|---|
| No. 26-2099 | JACKIE SAMPLE,<br>Plaintiff - Appellant<br><br>v.<br><br>DUPAGE COUNTY, ILLINOIS, et al.,<br>Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 1:26-cv-01299<br>Northern District of Illinois, Eastern Division<br>District Judge April M. Perry |

The following are before the court:

1. **PLAINTIFF'S MOTION TO COMMENCE DISCOVERY, ESTABLISH DISCOVERY SCHEDULE, PRESERVE RELEVANT EVIDENCE, RECOGNIZE DISABILITY-RELATED COMMUNICATION AND PROCESSING BARRIERS, AND PROVIDE REASONABLE PROCEDURAL ACCOMMODATIONS**, filed on August 17, 2026, by the pro se appellant.

2. **CONSOLIDATED EMERGENCY REQUEST FOR REASONABLE ACCOMMODATIONS, LIMITED STAY, AND ACCESS TO COUNSEL, INCLUDING ATTORNEY-FEE AND RETAINER RELIEF FROM DR. MADISON SAMPLE WHERE AUTHORIZED**, filed on August 17, 2026, by the pro se appellant.

3. **APPELLANT'S EMERGENCY MOTION FOR REASONABLE ACCOMMODATION AND APPOINTMENT OF COUNSEL**, filed June 26, 2026, by the pro se appellant.

**IT IS ORDERED** that the August 17, 2026, motion for relief is **DENIED**.

**IT IS FURTHER ORDERED** that the motions for recruitment of counsel are **DENIED**. *See Pruitt v. Mote*, 503 F.3d 647 (7th Cir. 2007) (en banc); *Farmer v. Haas*, 990 F.2d 319, 321 (7th Cir. 1993). The panel assigned to decide this case may recruit counsel if it finds that step appropriate after reviewing the briefs. Briefing in this appeal will proceed as follows:

1. The brief and required short appendix of the appellant(s) will be due by September 17, 2026.

Important Scheduling Notice !
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_3J** (form ID: **177**)